# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                        Case No. 18-81606-CIV-DMM
 3
     PINNACLE ADVERTISING AND      )
 4   MARKETING GROUP, INC.,        )
                                   )
 5       PLAINTIFF,                )
                                   )
 6       -v-                       )
                                   )
 7   PINNACLE ADVERTISING AND      )
     MARKETING GROUP, LLC,         )
 8                                 )
         DEFENDANT.                )   West Palm Beach, Florida
 9                                 )   September 30, 2019
     _____)
10

11                     VOLUME 1 - PAGES 1 - 273

12              TRANSCRIPT OF JURY TRIAL PROCEEDINGS

13          BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS

14                   UNITED STATES DISTRICT JUDGE

15

16   Appearances:

17   (On Page 2.)

18
     Reporter                       Stephen W. Franklin, RMR, CRR, CPE
19   (561)514-3768                  Official Court Reporter
                                    701 Clematis Street
20                                  West Palm Beach, Florida 33401
                                    E-mail:  SFranklinUSDC@aol.com
21

22

23

24

25
```

```
 1  Appearances:

 2  FOR THE PLAINTIFF            Nicholas S. Lee, ESQ.
                                 Bishop, Diehl & Lee, Ltd.
 3                               1750 East Golf Road, Suite 390
                                 Schaumburg, IL 60173
 4  -and-
                                 Edward L. Bishop, ESQ.
 5                               Bishop, Diehl & Lee, Ltd.
                                 1750 East Golf Road, Suite 390
 6                               Schaumburg, IL 60173
    -and-
 7                               Benjamin A. Campbell, ESQ.
                                 Bishop, Diehl & Lee, Ltd.
 8                               1475 East Woodfield Road
                                 Suite 800
 9                               Schaumburg, IL 60173
    -and-
10                               James S. Toscano, ESQ.
                                 Lowndes, Drosdick, Doster,
11                               Kantor & Reed, P.A.
                                 215 North Eola Drive
12                               Orlando, FL  32801

13  FOR THE DEFENDANTS           Joey M. Grant, ESQ.
                                 Marshall Grant, PLLC
14                               197 South Federal Highway
                                 Suite 200
15                               Boca Raton, FL 33432
    -and-
16                               Thomas G. Zeichman, ESQ.
                                 Marshall Grant, PLCC
17                               197 South Federal Highway
                                 Suite 200
18                               Boca Raton, FL 33432
    -and-
19                               Jennifer Mozwecz, ESQ.
                                 Shams, Rodriguez & Mozwecz, P.C.
20                               150 North Michigan Avenue
                                 8th Floor
21                               Chicago, IL 60601
    -and-
22                               Adam D. Marshall, ESQ.
                                 Marshall Grant, PLCC
23                               197 South Federal Highway
                                 Suite 200
24                               Boca Raton, FL 33432

25                                      * * * *
```

```
 1           (Call to the order of the Court.)
 2               THE COURT:  Good morning.  Please be seated.
 3               This is the case of Pinnacle Advertising and
 4   Marketing Group, Inc., versus Pinnacle Advertising and
 5   Marketing Group, LLC, Case Number 18-81606.
 6               Let's start with appearances.
 7               MR. BISHOP:  Good morning, Your Honor.  Edward
 8   Bishop for the plaintiff.
 9               THE COURT:  Good morning.
10               MR. LEE:  Good morning, Your Honor.  Nicholas Lee on
11   behalf of the plaintiff.
12               THE COURT:  Good morning.
13               MR. GRANT:  Good morning, Your Honor.  Joe Grant on
14   behalf of the defendant.
15               THE COURT:  Good morning.
16               MS. MOZWECZ:  Good morning, Your Honor.  Jennifer
17   Mozwecz on behalf of the defendant.
18               MR. ZEICHMAN:  Good morning, Your Honor.  Tom
19   Zeichman on behalf of the defendant.
20               THE COURT:  Good morning. Well, you've got them
21   outnumbered.
22               Okay.  Well, our jury is gathering.  They're
23   downstairs bringing them up.
24               One thing I didn't tell you when we were together
25   last week is Thursday I have an all-day meeting.  So we can't
```

```
 1   spend a million dollars a year in advertising, and there's
 2   going to be in fees, like production and things like that.
 3   Whatever your gross billings are for that particular year,
 4   that's referred to as billings.
 5   Q    So would you say that the higher the billings, the better
 6   the company is?
 7   A    Yes, I would say that.
 8   Q    So going back to your company, which is Pinnacle
 9   Advertising and Marketing Group, Inc., right?
10   A    Yes.
11   Q    When was Pinnacle formed?
12   A    In 1998.
13   Q    And who started the company?
14   A    I did.
15   Q    Did you have any partners?
16   A    No.
17   Q    Back in 1998, how many employees did you have?
18   A    Well, I started out with one, and that's Sue Miller.  She
19   still works for me today.  That's 21 years ago.  By the end of
20   the year, there was probably four of us.
21   Q    And today, how many employees do you have today?
22   A    125.
23   Q    And where is your company headquartered?
24   A    In Shaumburg, Illinois.
25   Q    Is there just one office for your company?
```

```
 1   A      Yes, one office.
 2   Q      Does that mean your company do (sic) business solely in
 3   Illinois?
 4   A      No, we have clients all over the country.
 5   Q      How about overseas?
 6   A      We also have a European client, including Canada.
 7   Q      So you're company also does business in Florida?
 8   A      Yes, we do.
 9   Q      Since when did Pinnacle Advertising and Marketing Group,
10   Inc. started doing business in Florida?
11   A      1999.
12   Q      Do you recall your first -- who your client was in 1999?
13   A      Our first -- yes, our first client here in Florida was
14   AutoNation.  We work with AutoNation for 17 years.  And then
15   we work for -- did a lot of work for Levitz Furniture.
16   Q      And you currently do business in Florida, right?
17   A      We do.  We've had individual car dealerships, we've had
18   Audi West Palm Beach, we've had car dealerships on the Gulf
19   side of the state.  We currently work with Camping World,
20   which has got locations throughout Florida.  So there's --
21   yes, we're still doing business in Florida.
22   Q      Can you just give us a brief overview of what your
23   company does?
24   A      Sure.
25          So we -- we're a full service advertising agency,
```

1   advertising and marketing.  So what we do is literally a
2   client will come to us, and we will plan everything that their
3   needs are when it comes to promoting their business.  So we
4   will help them set their budget based on their business
5   opportunities.  We will develop their creative platform.
6   We'll help them with identity, if they're looking to enhance
7   their identity, change their identity, augment that in some
8   way.  So there's creative development.  So we create the
9   actual messaging, come up with the ideas.  If there's a
10  slogan, if there's a logo, if there's a jingle, we will write
11  that, compose it, publish it.
12          There's an entire strategy side.  So we're
13  developing strategy based on market conditions and the needs
14  of the client based on their competitors in the marketplace
15  and the geographic restrictions or opportunities that exist.
16          So there's a whole strategy department, there's a
17  whole creative department, and then there's the media
18  department.  The media department is the ones that they spend
19  all the money.  So the client's messages go out in the form of
20  television commercials, radio commercials, different types
21  of -- you know, Facebook ads, those types of things.  So
22  they're buying, purchasing time or impressions against a
23  target audience that we're going after.
24          So there's a whole graphic design team, there's a
25  whole media planning team, there's a whole media buying team,

```
 1   there is an account management team that works with all the
 2   clients, we have a production department that actually
 3   produces the broadcast ads that go on the air.  So it's an
 4   extensive operation.  We've got a social media team that's
 5   writing content.
 6           So we've got -- literally, if you come to us, we
 7   could do everything with the exception of printing.  We don't
 8   have printing presses; we'll send that out.  But anything
 9   else, we're vertically aligned that we can do everything at
10   the agency for a client.
11   Q    Does your company also have a department that focuses on
12   trying to promote your business?
13   A    We do.  It's our new business development team.
14   Q    And generally speaking, what do they do?
15   A    So their focus is really getting our name out there.
16   It's attending trade shows, it's attending conferences, it's
17   speaking at different conferences and trade shows.  It
18   includes being invited to media days, being interviewed for
19   articles in trade journals.  We're going to different types of
20   companies that specialize in helping agencies be fit with
21   clients that makes sense for them.  So we're promoting our
22   services to those types of companies, as well.
23           There's a lot of charitable things that we do that
24   include, you know, donations on our end that put our brand out
25   there, as well.  But their focus, our new business development
```

```
 1   team, their core focus is to develop new business, to find
 2   clients to come in and do business with us, growing the
 3   agency.
 4   Q    And your company represents Tier II and Tier III clients,
 5   right?
 6   A    Yes.
 7   Q    And they're in automotive industry?
 8   A    Yes, that's specific to the automotive industry.
 9   Q    And who are some of your Tier II clients?
10   A    We work exclusively with Honda and Acura.  So we have 22
11   or 23 Honda and Acura associations across the country that
12   we -- that we've been working with for years.
13   Q    What about Tier III?
14   A    Tier III, we have about 175 individual stores that we
15   work with across the country, and that's a significant number.
16   Q    And some of those Tier III clients are located here in
17   Florida?
18   A    They have been, yes, uh-huh.
19   Q    Other than Tier II and Tier III clients that you have, is
20   there other type of clients that you guys service?
21   A    We do.
22            So we have -- outside of the automotive, we have
23   what we call our retail division.  Our retail division is
24   anything that's not automotive with cars.  So WeatherTech is
25   our largest non -- they're automotive accessory, but they're
```