# EXHIBIT C



**From:** Chris Arkell <carkell@pinnacle-advertising.com>
**Date:** Monday, July 27, 2020 at 8:35 AM
**To:** Mike Magnusson <mmagnusson@pinnacle-advertising.com>
**Subject:** FW: Resume Submission

Clearly, there continues to be confusion between Pinnacle and the similar namesake agency in Florida. It is an issue on a variety of client/vendor partner/employee candidate levels.

Sincerely,

**Chris Arkell | Chief Strategy Officer**
**P |** 847 255 0000 **M |** 203-428-5508
**A |** 1435 N. Plum Grove Rd. Ste. C
   Schaumburg, IL 60173



---

**From:** steve nagle <snagle1963@gmail.com>
**Date:** Sunday, July 26, 2020 at 5:27 PM
**To:** New Business <nb@pinnacle-advertising.com>
**Subject:** Resume Submission

Confidentiality Requested- Florida Relocation

Currently I am looking to relocate to Florida.

1

To that end, I have enclosed a professional profile which highlights an exemplary track record in diverse sales, marketing and management roles.

As indicated, I possess a wide array of professional competencies that emphasize my relentless ability to acquire new accounts, cultivate sought-after relationships, and precipitate significant revenue growth.

Throughout my career, I have immediately excelled in diverse corporate as well as entrepreneurial-based settings utilizing a focused and consultative business development approach.

In part, my continued success is based on my genuine enjoyment of the challenging nature of sales. At the same time, my strong marketing and strategic communications experience is equally well-represented. Having managed the development ground-floor sales strategy campaigns, I am capable of devising and implementing programs which effectively build an organization's image in the marketplace. Furthermore, as a manager I possess valuable training, staff relations, and decision-making skills crucial to key sales and marketing leadership.

Essentially, I am seeking an organization that seeks a sales athlete and will capitalize on my learning and mental agility, strong collaboration capability and expert listening skills Realizing that a resume cannot portray the full breadth of my qualifications, I am requesting a personal interview. Thank you in advance for your time in reviewing my credentials.

Kind regards,

Steve Nagle

# STEVEN NAGLE

1301 North Scottsdale Road, Unit 4079 • Scottsdale, AZ 85257
678 596 8060 • snagle1963@gmail.com

## NEW BUSINESS GENERATION SALES EXECUTIVE

Dynamic sales athlete with history of maximizing visibility and market reach for startup or established sales organizations.

- Offering over 20 years of experience in sales, sales management, business development
- A consistent track record of selling into highly competitive industries including manufacturing, retail, healthcare, financial services, automotive, utilities and other industries
- Highly structured with exceptional sales and presentation skills with C-level executives in the Fortune 1000 as well as SMB market.
- Persists despite obstacles and opposition or set backs
- Conveys a sense of urgency and drives issues to closure while navigating sales process

## PROFICIENT IN

- Client Acquisition and Retention
- Cold Calling
- Contract and Agreement Negotiations
- Creative Campaign Development and Management
- Sales Strategy and Enablement
- Talent Recruitment and Management
- Lead Generation and Prospect Cultivation
- Salesforce.com Implementation and Funnel Management
- Multimedia Marketing and Production

## WORK HISTORY

**2014 – present:**
**Director of New Business Development | Michaels Wilder Agency – Scottsdale, AZ**

- Leverage existing network of agency and brand-direct relationships to exceed revenue sales goals while managing all aspects of the sales cycle
- Evaluate business segments and industry trends in order to identify prospective accounts
- Educate advertisers and agencies on the value of Michaels Wilder's offering within the U.S. markets.
- Communicate effectively with clients and agencies on all aspects of a campaign/contract
- Develop and deliver high-level client presentations; Lead in-person client pitches
- Build long-standing, trustworthy business relationships with existing clients and prospects
- Develop a detailed account business plan and effectively execute against it
- Managing Sales CRM

1

# STEVEN NAGLE

1301 North Scottsdale Road, Unit 4079 • Scottsdale, AZ 85257
678 596 8060 • snagle1963@gmail.com

## WORK HISTORY

**2010 – 2013:**
**National Account Sales-East Coast | Ethology - Phoenix, AZ**

- Serve as Director of Business Development for the entire east coast. Responsible for leading the identification and sale of search, social, content strategy, lifecycle marketing and paid media services to enterprise level targets and their digital strategy teams and practice groups.
- Achieved pre-established sales and revenue goals.
- Secured largest account in agency history during first 9 months of employment with Fortune 500 brand.
- Provide competitive and market intelligence to VP of Sales, EVP of Client Pursuit and Managing Director.
- Manage specific sales process; set appropriate metrics for sales funnel management.
- Persuade prospective clients to evolve their marketing strategies and redirect marketing budgets from traditional to mobile, social, digital and multichannel strategies, programs and campaigns.
- Engage resources to qualify, develop and close deals. Negotiate contracts.

*Business & Revenue Growth:*
- Generated 9.3 million dollar pipeline during first year generating over 2 million in sales revenue first year of employment resulting in achievement of 180 percent of quota.

*Highlights:*
- Set over 60 capabilities presentations with Fortune 1000 companies such as Coca-Cola, Chanel, Johnson and Johnson, Allstate, Fidelity Investments, UnderArmour, Reebok, Pfizer, Novartis, Porsche, Carnival Cruise Lines and many others.
- Secured largest account in agency history during first 6 months of employment and first Fortune 500 client.
- Received company wide Recognition of Merit Award in 2011.

**2006 – 2010:**
**Senior Vice President of Sales & Account Development | Maxmedia Design – Atlanta, GA**

- Formulated and executed strategic plans to grow business with new and existing clients for award-winning interactive agency. Served as primary contact. Coordinated meetings with technology and application development teams, production managers, internal digital strategist, and Creative Director. Evaluated and verified optimal scope of resources. Participated in creative concept reviews. Ensured 100% adherence to client objectives.

*Continued on next page*

# STEVEN NAGLE

1301 North Scottsdale Road, Unit 4079 • Scottsdale, AZ 85257
678 596 8060 • [snagle1963@gmail.com](mailto:snagle1963@gmail.com)

## WORK HISTORY

**2006 – 2010:**

**Senior Vice President of Sales & Account Development | Maxmedia Design – Atlanta, GA**

*Business & Revenue Growth:*
- Generated $5.8 in revenue in 4 years, closing deals with 8 new high-profile clients.
- Won projects with major clients including Dell, CNN, Alcatel-Lucent, Shell Oil, Turner Broadcasting, Southern Company, UPS, Edelman, and GE.

*Highlights:*
- Secured 26 capabilities presentations with Fortune 1000 companies in first 12 months.
- Performed 200-300 cold calls per week, and up to 12,000 cold calls per year

**2002 – 2006:**

**Managing Partner & Vice President of Sales | The WOW Factory – Atlanta, GA**

- Oversaw all aspects of daily operations and sales activities for $3M creative services, meeting, and event production company. Designed all marketing strategies and defined all business objectives with President and CEO. Developed brand, concept, content, and corporate collateral for clients.

*Business & Revenue Growth:Business & Revenue Growth:*
- Increased revenue 79% in 1st 18 months.
- Achieved 67% average closing rate, securing new accounts; included Bank of America, Home Depot, Coca-Cola, Siemens, UPS, McKesson, Toyo Tires, Shaw Industries, and HomeBanc.

*Highlights:*
- Promoted to Managing Partner in first 9 months to revitalize company image.
- Cultivated positive, high-morale, fun, and engaging collaborative work environment.
- Participated in all creative content reviews to ensure the concepts were on strategy and supported the creative team in selling the concepts and plans to the clients.

# STEVEN NAGLE

1301 North Scottsdale Road, Unit 4079 • Scottsdale, AZ 85257
678 596 8060 • [snagle1963@gmail.com](mailto:snagle1963@gmail.com)

## Education & Professional Development

**Bachelor of Science in Journalism**
**University of Maryland | College Park, MA**

*Executive Training:*

- Kodiak Group Sales Enablement Training
- Lanier Fast Start Sales Training
- The Complex Sale

## Industry Experience

- Consumer Packaged Goods
- Finance
- Hospitality
- Manufacturing
- News & Entertainment
- Real Estate
- Retail
- Technology
- Telecommunications