# EXHIBIT D



**From:** Kristen Paris <kparis@pinnacle-advertising.com>
**Date:** Wednesday, September 16, 2020 at 8:58 AM
**To:** Mike Magnusson <mmagnusson@pinnacle-advertising.com>
**Subject:** FAKE Pinnacle

Hi Mags,

Here's another example… I logged onto our LinkedIn page and clicked under jobs…. There I saw a posting for a copywriter in Boca Raton, FL. See screen shots. If you click on the description they talk about it being in South Florida but you see pics of our employees.

I applied for the job to see if for some reason the resumes go to our site?

Sincerely,

**Kristen Paris | Director of Operations**
**P |** 847 255 0000 **Ext. 1079**
**A |** 1435 N. Plum Grove Rd. Ste. C
     Schaumburg, IL 60173





## Pinnacle Advertising

Marketing & Advertising · Schaumburg, IL · 2,325 followers

A full-service marketing agency with a record of making money for our clients.

✓ Follo

 Chat with Cj & 50 other connectio work here

Visit website ↗

See all 129 employees on

- Home
- About
- **Jobs**
- People
- Videos



💼 **Are you hiring?**
Attract qualified applicants by posting and showcasing jobs on your page.

Post

Pinnacle Advertising has 1 job opening.

🔍 Job title or keyword          **Search**

### Recently posted jobs



**Copywriter**
Pinnacle Advertising
Boca Raton, FL

🕐 Be an early applicant

6 days ago




# Copywriter

**Pinnacle Advertising** • Boca Raton, FL

Posted 6 days ago • Be among the first 25 applicants

 51 connections work here

You applied on 9/16/2020

Full service advertising agency, seeking a full time in-house copywriter. We are looking for someone that can not only conceptualize big picture ideas, but can also provide succinct copy for web, email blasts, TV, Radio, Print and more on a daily basis. Our clients include: Resort, Real Estate, Beverage, Finance and Retail Automotive. Must have the ability to present well and be able to pitch ideas to clients and future prospects. Tight deadlines are a given. We are one of the top advertising agencies in South Florida, currently experiencing incredible growth. Great work environment and culture.

Pinnacle Advertising was founded in 2009 and has grown rapidly. We are one of the top 10 agencies on the list of The South Florida Business Journal's top advertising agencies. Now entering a growth phase, we are looking for the best and brightest to join our team. Pinnacle is proud to offer a work environment and benefits package for our employees that's among the best in South Florida. We are looking for highly motivated and talented individuals to join our team!

**Seniority Level**
Entry level

**Industry**
Marketing & Advertising , Online Media , Internet

**Employment Type**
Full-time

**Job Functions**
Marketing , Public Relations , Writing/Editing

See less