# EXHIBIT E



**From:** Catie Holoubek <choloubek@pinnacleadvertising.com>
**Date:** Wednesday, December 30, 2020 at 8:43 AM
**To:** Pinnacle Accounting <accounting@pinnacleadvertising.com>, Michael Magnusson <mmagnusson@pinnacleadvertising.com>
**Subject:** Re: Nielsen payment inquiry - 10503116 - Pinnacle Advertising and Marketing

Hello,

It looks like this is addressed to the Pinnacle in Boca Raton- thank you for sending this to me. I copied Mike here as well since he asks that any time we receive invoices with Pinnacle Boca Raton on them, he receive them so he can pass them along to our legal team.

Please don't pay, this was sent in error.


**Catie Holoubek | Chief Operating Officer**
**P | 847.255.0000 ext 1089  M | 708 204 0978**
**A | 1435 N. Plum Grove Rd. Ste. C**
    **Schaumburg, IL 60173**



**From:** Pinnacle Accounting <accounting@pinnacleadvertising.com>
**Date:** Wednesday, December 30, 2020 at 8:26 AM

1

**To:** Catie Holoubek <choloubek@pinnacleadvertising.com>
**Subject:** FW: Nielsen payment inquiry - 10503116 - Pinnacle Advertising and Marketing

Hi Catie, It looks like this invoice from August was not in the system, can you please approve this? Just wanted to confirm the charge is correct before we make the payment.

Thank you

Sincerely,

**Cecilia Ingersoll | Accounting Specialist**
**P |** 847 255 0000
**A |** 1435 N. Plum Grove Rd. Ste. C
     Schaumburg, IL 60173



**From:** Gayathiri K <gayathiri.k.ap@nielsen.com>
**Sent:** Wednesday, December 30, 2020 5:17 AM
**To:** Pinnacle Accounting <accounting@pinnacleadvertising.com>
**Cc:** NMR Collections Archive Box <nmruscreditcollectio@nielsen.com>
**Subject:** Fwd: Nielsen payment inquiry - 10503116 - Pinnacle Advertising and Marketing

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Hello Team,

Please see the attached invoice copy.

Thanks,
Gaya
**Credit Analyst | Nielsen**
**Email: gayathiri.k.ap@nielsen.com**
**Phone: +914466237271**

For payments to be applied properly, kindly reference the invoice number(s) on the remittance advice. For any EFT remittance advice, please deliver to *nmrcreditcollectiondept@nielsen.com*.

On Wed, Dec 30, 2020 at 1:50 AM Pinnacle Accounting <accounting@pinnacleadvertising.com> wrote:

> Hi Gaya, I am new the Pinnacle Accounting team and We are researching this invoice. Are you able to please forward the invoice for reference?
>
>
> Thank you

Sincerely,

**Cecilia Ingersoll | Accounting Specialist**
**P |**  847 255 0000
**A |**  1435 N. Plum Grove Rd. Ste. C
       Schaumburg, IL 60173



**From:** Gayathiri K <gayathiri.k.ap@nielsen.com>
**Sent:** Monday, December 28, 2020 5:11 AM
**To:** Pinnacle Accounting <accounting@pinnacleadvertising.com>
**Cc:** NMR Collections Archive Box <nmruscreditcollectio@nielsen.com>
**Subject:** Re: Nielsen payment inquiry - 10503116 - Pinnacle Advertising and Marketing

Hello Team,

It has been quite a while that I have not heard back from you. Can you please advise when payment will be processed for invoice# 9340210229 dated 08/14/2020 for $750.00 as it is already 90+ days overdue in our books.

Thanks,

Gaya
Credit Analyst | Nielsen

Email: gayathiri.k.ap@nielsen.com

Phone: +914466237271

For payments to be applied properly, kindly reference the invoice number(s) on the remittance advice. For any EFT remittance advice, please deliver to *nmrcreditcollectiondept@nielsen.com*.

3

On Wed, Dec 16, 2020 at 4:29 PM Gayathiri K <gayathiri.k.ap@nielsen.com> wrote:

Hello Team,

I am checking back to see if this invoice# 9340210229 dated 08/14/2020 for $750.00 has been approved for payment. Please advise.

Thanks,

**Gaya**
**Credit Analyst | Nielsen**

**Email: gayathiri.k.ap@nielsen.com**

Phone: +914466237271

For payments to be applied properly, kindly reference the invoice number(s) on the remittance advice. For any EFT remittance advice, please deliver to *nmrcreditcollectiondept@nielsen.com*.

On Wed, Nov 18, 2020 at 2:38 AM Gayathiri K <gayathiri.k.ap@nielsen.com> wrote:

Hello Team,

We have an invoice# 9340210229 which is overdue on the account. Can you please advise if this has been received and processed for payment?

| Inv no | Inv Date | Due Date | Amount |
|---|---|---|---|
| 9340210229 | 8/14/2020 | 9/13/2020 | $750.00 |

Thanks,

**Gaya**
**Credit Analyst | Nielsen**

**Email: gayathiri.k.ap@nielsen.com**


**Phone: +914466237271**

For payments to be applied properly, kindly reference the invoice number(s) on the remittance advice. For any EFT remittance advice, please deliver to *nmrcreditcollectiondept@nielsen.com*.

# nielsen

# INVOICE

**NIELSEN MEDIA RESEARCH**
85 BROAD STREET
NEW YORK, NY 10004
USA
Federal Tax ID#: 06-1454128

| | |
|---|---|
| **Invoice** | 9340210229 |
| **Date** | 08/14/2020 |
| **Account** | 10503116 |
| **Terms** | Net 30 days |

**Bill To:**
SAMANTHA GIANGRANDE
Pinnacle Advertising and Marketing Group
1515 South Federal Hwy, Suite 406
Boca Raton, FL 33432
USA

| Description | Percentage | Amount | Total USD |
|---|---|---|---|
| **Nielsen Station Index**<br>Order: 72498<br>SAP Order No: 60304730<br>Charge for AUG 2020<br>**VIP-Las Vegas**<br> May(20)<br> May'20: Las Vegas<br> Nielsen OTO Order # :72498 | | 750.00 | |
| Net Amount | | | 750.00 |
| Continued...... | | | |

Your Nielsen representative is   Jennifer G Smith Tel: 813-366-8584

Page 1 of 2

# nielsen

**INVOICE**

**NIELSEN MEDIA RESEARCH**
85 BROAD STREET
NEW YORK, NY 10004
USA
Federal Tax ID#: 06-1454128

| **Invoice** | 9340210229 |
|---|---|
| **Date** | 08/14/2020 |
| **Account** | 10503116 |
| **Terms** | Net 30 days |

**Bill To:**
SAMANTHA GIANGRANDE
Pinnacle Advertising and Marketing Group
1515 South Federal Hwy, Suite 406
Boca Raton, FL 33432
USA

| Description | Percentage | Amount | Total USD |
|---|---|---|---|
| | | Sub Total USD | 750.00 |
| | | Total Tax USD | 0.00 |
| | | Total Amount Due USD | 750.00 |

**Remit Payment To:**
Nielsen Media Research
PO Box 88961, Chicago, IL 60695-8961
**Wire Transfers:**
Bank Name    : JPMORGAN CHASE BANK, N.A.
Address      : ONE CHASE MANHATTAN PLAZA 7 th FLR, NEW YORK, NY 10004
Account No   : 400206986
Routing No   : 021000021
Swift        : CHASUS33

For any questions about this document, call Accounts Receivable:
Gayathiri K
Email: gayathiri.k.ap@nielsen.com Tel: 855-425-8844 X 27388

Your Nielsen representative is  Jennifer G Smith Tel: 813-366-8584

# nielsen

# INVOICE

**NIELSEN MEDIA RESEARCH**
85 BROAD STREET
NEW YORK, NY 10004
USA
Federal Tax ID#: 06-1454128

| | |
|---|---|
| **Invoice** | 9340210229 |
| **Date** | 08/14/2020 |
| **Account** | 10503116 |
| **Terms** | Net 30 days |

**Bill To:**
SAMANTHA GIANGRANDE
Pinnacle Advertising and Marketing Group
1515 South Federal Hwy, Suite 406
Boca Raton, FL 33432
USA

| Description | Percentage | Amount | Total USD |
|---|---|---|---|
| **Nielsen Station Index**<br>Order: 72498<br>SAP Order No: 60304730<br>Charge for AUG 2020 | | | |
| **VIP-Las Vegas**<br> May(20)<br> May'20: Las Vegas<br> Nielsen OTO Order # :72498 | | 750.00 | |
| Net Amount | | | 750.00 |
| Continued...... | | | |

Your Nielsen representative is   Jennifer G Smith Tel: 813-366-8584

Page 1 of 2

# nielsen

# INVOICE

**NIELSEN MEDIA RESEARCH**
85 BROAD STREET
NEW YORK, NY 10004
USA
Federal Tax ID#: 06-1454128

| **Invoice** | 9340210229 |
| **Date** | 08/14/2020 |
| **Account** | 10503116 |
| **Terms** | Net 30 days |

**Bill To:**
SAMANTHA GIANGRANDE
Pinnacle Advertising and Marketing Group
1515 South Federal Hwy, Suite 406
Boca Raton, FL 33432
USA

| Description | Percentage | Amount | Total USD |
|---|---|---|---|
| | | Sub Total USD | 750.00 |
| | | Total Tax USD | 0.00 |
| | | Total Amount Due USD | 750.00 |

**Remit Payment To:**
Nielsen Media Research
PO Box 88961, Chicago, IL 60695-8961
**Wire Transfers:**
Bank Name     : JPMORGAN CHASE BANK, N.A.
Address       : ONE CHASE MANHATTAN PLAZA 7 th FLR, NEW YORK, NY 10004
Account No    : 400206986
Routing No    : 021000021
Swift         : CHASUS33

For any questions about this document, call Accounts Receivable:
Gayathiri K
Email: gayathiri.k.ap@nielsen.com Tel: 855-425-8844 X 27388

Your Nielsen representative is  Jennifer G Smith Tel: 813-366-8584