# EXHIBIT F

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIVIL DIVISION
CASE NO.

Sinclair Broadcast Group, Inc.,

    Plaintiff,

vs.                                                    **COMPLAINT**

Pinnacle Advertising & Marketing Group LLC,

    Defendant.
_____/

    COMES NOW the Plaintiff, Sinclair Broadcast Group, by and through its undersigned counsel, and sues the Defendant, Pinnacle Advertising & Marketing Group LLC, and alleges:

1. This is an action for damages in excess of $30,000.00.

2. The Plaintiff is and was at all material times a foreign corporation engaged in interstate commerce and is not doing business within the State of Florida as defined by F.S. 607.1501(i).

3. The Defendant was at all material times a Florida corporation with its principal place of business in Palm Beach County, Florida.

4. All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

5. Plaintiff has retained the undersigned law firm to represent it in this action and has obligated itself to pay a reasonable attorney's fee for its services.

THIS SPACE LEFT INTENTIONALLY BLANK

## COUNT I
(Breach of Written Agreement)

6. Plaintiff repeats Paragraphs 1 through 5, as if fully stated herein.

7. Plaintiff, Sinclair Broadcast Group, Inc. and Defendant, Pinnacle Advertising & Marketing Group LLC entered into a written agreement wherein and whereby the Plaintiff agreed to provide services. A true and correct copy of said agreement is attached hereto and made a part hereof as Exhibit "A".

8. The Defendant, Pinnacle Advertising & Marketing Group LLC breached the Agreement by failing and refusing to pay for the services rendered to it by Plaintiff. Attached as Exhibit "B" is a copy of the Invoice which is still outstanding.

9. As a direct and proximate result of the Defendant's breach of Agreement, Plaintiff has suffered damages in the remaining amount of $75,970.04 together with interest, attorney's fees, and court costs, as provided by the terms of the agreement.

**WHEREFORE,** Plaintiff demands judgment against the Defendant in the amount of $75,970.04, that is due together with interest, costs and attorneys fees.

ROSENFELD STEIN BATTA, P.A.
Attorneys for Plaintiff
21490 West Dixie Highway
Aventura, FL 33180
primary e-mail: ravi@rslawpa.com
secondary e-mails: nelly@rslawpa.com
and erin@rslawpa.com
Phone: (305) 895-6680
Fax: (305) 895-6682

By: _____
Ravi Batta, Esq.
Florida Bar No. 0075167

21040013

EXHIBIT "A"

NOT A CERTIFIED COPY

**Sinclair Broadcast Group And Subsidiaries**
**CREDIT APPLICATION**

*If you are not the responsible party PLEASE STOP HERE*

Company Name: Pinnacle Advertising LLC
DBA/AKA/A:
Billing Address: 1515 S. Federal Hwy Ste 301
City/State/Zip: Boca Raton, FL 33432
Phone/Fax: 561-338-5940
No. of Yrs in business: 10     Publicly Traded Y or N     Type Desired
Approved in the Circle     Corporation     Advertising     Proof of Service
Type of Business (Circle):     Partnership     Partnership     LLC
State Incorporated: FL     Company's Email Address:
AP Contact Name: Busra Sert     AP Email Address: Accounting@Pinnacle...com
Website Address: PinnacleAdvertising     Primary Type of Business: Ad Agency
Owners/Principals: Peter Gary     Home address:
                                                    House address:

Advertiser(s) you are responsible for:
1. CSL Plasma
2.
3.

Credit References (Media References Required)
Company Name: WSVN     Name: Kim Whitaker
Address:                        Phone/Fax: 305-012-9904
Company Name: V2FOR     Contact Name: Roy Howie
Address:                        Phone/Fax: 510-991-0379
Company Name: Google     Contact Name: Przemyslaw Lukowicz
Address:                        Phone/Fax: przemyslukowicz@google.com

Bank Reference(s):
Bank Name: [redacted]     Contact Name: [redacted]
Account #: [redacted]

** Sinclair Broadcast [illegible] invoices. It is imperative that you provide the AP contact name and email in the [illegible] section. All clients MUST sign up to receive their invoices at www.payslink.com [illegible] you receive your invoices through EDI from TVinvoices.com. For assistance [illegible] admin@sbgtv.com **

[signatures]
Eric [illegible]

*NOT A CERTIFIED COPY*



EXHIBIT "D"

NOT A CERTIFIED COPY

Sinclair Broadcast Group Inc
C/O KFDM
PO BOX 206270
DALLAS TX 75320-6270

**OFFICIAL BILLING INVOICE**   Page 1 of 3

| Inv # 7607667 | Acct # 4855 | Invoice Date: 7/31/2020 |
|---|---|---|
| Advertiser: | CSL Plasma Services (17938) | |
| Agency: | Pinnacle Advertising and Marketing Group-Boca Raton (9235) | |
| Period: | 7/1/2020 - 7/31/2020 | |
| Salesperson: | Brandon Perry, ph: (409) 892-6622 | |
| Product: | MEDICAL-HEALTHCARE/HOSPITALS (1178) | |
| Brand: | CSL Plasma Q2 2020 (1377023) | |
| Contract: | 4351984 | Acct Type: Local/Spot Agency BRD |
| Terms: | 30 | Bill Type: Calendar |
| Buyer: | Stacey Elkes | Coop: No |
| Estimate/HL: | | |
| Comments: | KFDM | |

For Billing Inquires Call: ()

Send Payment To:
Sinclair Broadcast Group
c/o KFDM
PO Box 206270
Dallas TX 75320-6270

000246

PINNACLE ADVERTISING AND MARKETING GROUP-BOCA RATON
1515 S FEDERAL HWY
STE 406
BOCA RATON, FL 33432

**Beaumont (KFDM)**

NOT A CERTIFIED COPY

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID | ISCI | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.0 | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 02:31 pm (We) | 00:30 | CBS-Lets Make a Deal | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 02:58 pm (We) | 00:30 | CBS-Lets Make a Deal | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 03:40 pm (We) | 00:30 | ELLEN | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 04:25 pm (We) | 00:30 | Dr Phil | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 04:54 pm (We) | 00:30 | Dr Phil | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 06:44 am (Th) | 00:30 | | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 10:27 am (Th) | 00:30 | The Price is Right | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 03:38 pm (Th) | 00:30 | ELLEN | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 04:39 pm (Th) | 00:30 | Dr Phil | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 10:26 pm (Th) | 00:30 | News-6 News Tonight | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 (Th) | 00:30 | CBS-The Late Show With Stephen Colbert | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 am (Fr) | 00:30 | News-The Morning Show 2 | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 06:42 am (Fr) | 00:30 | News-The Morning Show 2 | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 10:29 am (Fr) | 00:30 | CBS-The Price is Right | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 04:21 pm (Fr) | 00:30 | Dr Phil | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 11:26 pm (Fr) | 00:30 | CBS-The Late Show With Stephen Colbert | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 06:08 am (Sa) | 00:30 | 50 Plus Prime | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 06:57 am (Sa) | 00:30 | Good Taste with Tanji Patton | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 06:54 pm (Sa) | 00:30 | Wheel of Fortune Wknd | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 10:52 pm (Sa) | 00:30 | News-America This Week Special | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 11:49 pm (Sa) | 00:30 | Sports-Ring of Honor | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 12:01 am (Su) | 00:30 | News-America This Week | CSL202293H | | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 06:54 am (Su) | 00:30 | TEEN 13 UP El-Teen Kids News | CSL202293H | | $75.00 | |

**CONTINUED**

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

Sinclair Broadcast Group Inc
C/O KFDM
PO BOX 206270
DALLAS TX 75320-6270

**OFFICIAL BILLING INVOICE**
Page 2 of 3

Inv # 7607667    Acct # 4855    Invoice Date: 7/31/2020

Advertiser: CSL Plasma Services (17938)
Agency: Pinnacle Advertising and Marketing Group-Boca Raton (9235)
Period: 7/1/2020 - 7/31/2020

### Beaumont (KFDM)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID / ISCI | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 10:20 pm (Su) | 00:30 | News-6 Weekend News Tonight | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 11:37 pm (Su) | 00:30 | News-America This Week | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 12:04 am (Mo) | 00:30 | CBS-The Late Late Show with James Corden | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 08:48 am (Mo) | 00:30 | CBS-This Morning 8am | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 03:41 pm (Mo) | 00:30 | ELLEN | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 04:10 pm (Mo) | 00:30 | Dr Phil | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 04:46 pm (Mo) | 00:30 | Dr Phil | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 11:14 pm (Mo) | 00:30 | CBS-The Late Show With Stephen Colbert | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 11:35 pm (Mo) | 00:30 | CBS-The Late Show With Stephen Colbert | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 06:48 am (Tu) | 00:30 | News-The Morning Show 2 | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 01:59 pm (Tu) | 00:30 | CBS-The Talk | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 04:25 pm (Tu) | 00:30 | Dr Phil | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 pm (Tu) | 00:30 | Dr Phil | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 (Tu) | 00:30 | News-6 News Tonight | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 pm (Tu) | 00:30 | CBS-The Late Show With Stephen Colbert | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,W | 07/07/20 11:24 pm (Tu) | 00:30 | CBS-The Late Show With Stephen Colbert | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week ...,Sa,Su | 07/07/20 11:54 pm (Tu) | 00:30 | CBS-The Late Late Show with James Corden | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | ...Tu,We,Th,Fr,Sa,Su | 07/08/20 02:28 pm (We) | 00:30 | CBS-Lets Make a Deal | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 04:53 pm (We) | 00:30 | Dr Phil | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 10:16 pm (We) | 00:30 | News-6 News Tonight | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/09/20 11:29 pm (Th) | 00:30 | CBS-The Late Show With Stephen Colbert | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/10/20 02:59 pm (Fr) | 00:30 | CBS-Lets Make a Deal | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 06:21 am (Sa) | 00:30 | 50 Plus Prime | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 11:14 pm (Sa) | 00:30 | Sports-Ring of Honor | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 09:47 am (Su) | 00:30 | News-Full Measure with Sharyl Attkisson | CSL202293H | $75.00 | |
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 11:03 pm (Su) | 00:30 | Texas Country Reporter | CSL202293H | $75.00 | |

CONTINUED

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

NOT A CERTIFIED COPY

Sinclair Broadcast Group Inc
C/O KFDM
PO BOX 206270
DALLAS TX 75320-6270

**OFFICIAL BILLING INVOICE**

Page 3 of 3

| Inv # 7607667 | Acct # 4855 | Invoice Date: 7/31/2020 |
|---|---|---|
| Advertiser: | CSL Plasma Services (17938) | |
| Agency: | Pinnacle Advertising and Marketing Group-Boca Raton (9235) | |
| Period: | 7/1/2020 - 7/31/2020 | |

### Beaumont (KFDM)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID / ISCI | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | SPOT | 6:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 11:46 pm (Su) | 00:30 | News-America This Week | CSL202293H | $75.00 | |
| 7.0 | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 12:58 am (We) | 00:30 | News-6 News Encore | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 12:37 am (Th) | 00:30 | CBS-The Late Late Show with James Corden | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 01:40 am (Th) | 00:30 | Paid Programming 1a | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 12:34 am (Fr) | 00:30 | CBS-The Late Late Show with James Corden | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 03:38 am (Fr) | 00:30 | Sports-Ring Honor | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 04:41 am (Fr) | 00:30 | Tex... | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 12:04 am (Sa) | 00:30 | Spo... | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 01:29 am (Sa) | 00:30 | M... relay | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 01:15 am | 00:30 | Sports-Texans 360 | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 01:40 | 00:30 | Sports-Texans 360 | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 ... (Mo) | 00:30 | News-6 News Encore | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 ... am (Mo) | 00:30 | News-6 News Encore | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 01:40 am (Mo) | 00:30 | Paid Programming 1a | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),... | 07/07/20 12:53 am (Tu) | 00:30 | News-6 News Encore | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 01:08 am (Tu) | 00:30 | News-6 News Encore | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 02:09 am (Tu) | 00:30 | CBS-Overnight News | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 04:19 am (We) | 00:30 | CBS-CBS Evening News 2 | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/09/20 06:56 am (Th) | 00:30 | News-The Morning Show 2 | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 02:34 am (Sa) | 00:30 | Paid Programming 2a | CSL202293H | $0.00 | |
| | SPOT | 6:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 01:03 am (Su) | 00:30 | CBS-Face the Nation | CSL202293H | $0.00 | |

Net 30-Payment is due within 30 days from invoice date.
Station owned or provided services by the Sinclair Broadcast Group.

| | | Total Spots |
|---|---|---|
| Gross Total | $3,750.00 | 70 |
| Commission | ($562.50) | |
| Sales Tax | $0.00 | |
| **NET TOTAL** | **$3,187.50** | |
| Due By: 08/30/2020 | | |

The parties intend for the Standard Advertiser Terms and Conditions ("Terms") located at... http://sbgi.net/?p=1224 ... to be part of their agreement, and the sale of advertising is expressly subject to said Terms.

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

NOT A CERTIFIED COPY

Sinclair Broadcast Group Inc
C/O KBTV
PO BOX 206270
DALLAS TX 75320-6270

**OFFICIAL BILLING INVOICE**

Page 1 of 3

| Inv # 7607668 | Acct # 4855 | Invoice Date: 7/31/2020 |

| Field | Value | Field | Value |
|---|---|---|---|
| Advertiser: | CSL Plasma Services (17938) | | |
| Agency: | Pinnacle Advertising and Marketing Group-Boca Raton (9235) | | |
| Period: | 7/1/2020 - 7/31/2020 | | |
| Salesperson: | Brandon Perry, ph: (409) 892-6622 | | |
| Product: | MEDICAL-HEALTHCARE/HOSPITALS (1178) | | |
| Brand: | CSL Plasma Q2 2020 (1377023) | | |
| Contract: | 4352004 | Acct Type: | Local/Spot Agency BRD |
| Terms: | 30 | Bill Type: | Calendar |
| Buyer: | Stacey Elkes | Coop: | No |
| Estimate/HL: | | | |
| Comments: | KBTV | | |

For Billing Inquires Call: ()

Send Payment To:
Sinclair Broadcast Group
c/o KBTV
PO Box 206270
Dallas TX 75320-6270

000246
PINNACLE ADVERTISING AND MARKETING GROUP-BOCA RATON
1515 S FEDERAL HWY
STE 406
BOCA RATON, FL 33432

## Beaumont (KBTV)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 3.0 | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 09:59 am (We) | 00:30 | Daytime with Kimberly and Esteban | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 11:55 am (We) | 00:30 | Wendy Williams | | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 12:26 pm (We) | 00:30 | Tamron Hall | | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 03:46 pm (We) | 00:30 | Caught in Providence | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 04:28 pm (We) | 00:30 | | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 04:54 pm (We) | 00:30 | 25 Words | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 05:14 pm (We) | | Jeopardy | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 05:30 pm (We) | | Jeopardy | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 10:25 pm (We) | 00:30 | The Daily Mail | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 10:56 pm (We) | 00:30 | Access | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 | 00:30 | Family Feud 3 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 (Th) | 00:30 | RACHEL RAY | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 (Fr) | 00:30 | RACHEL RAY | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 pm (Fr) | 00:30 | Caught in Providence | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 03:58 pm (Fr) | 00:30 | Caught in Providence 2 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Th | 07/03/20 07:33 pm (Fr) | 00:30 | Sports-FOX WWE SmackDown Live | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),...Th,Fr,Sa,Su | 07/04/20 08:55 am (Sa) | 00:30 | TEEN 13 UP Et-Xploration Awesome Planet | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 05:05 pm (Sa) | 00:30 | Jeopardy Wknd | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 10:55 pm (Sa) | 00:30 | FOX-Ultimate Tag (Saturday) | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 11:23 pm (Sa) | 00:30 | YOLO Texas | CSL202293H | $25.00 | |
| | SPOT | 12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 09:23 am (Su) | 00:30 | News-Full Measure with Sharyl Attkisson | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 02:24 pm (Su) | 00:30 | Sports-Game Time With Boomer Esiason 2 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 09:54 pm (Su) | 00:30 | Sports-Ring of Honor | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 10:21 pm (Su) | 00:30 | Sports-Ring of Honor | CSL202293H | $25.00 | |
| | | | | | | CONTINUED | | | |

NOT A CERTIFIED COPY

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

Sinclair Broadcast Group Inc
C/O KBTV
PO BOX 206270
DALLAS TX  75320-6270

**OFFICIAL BILLING INVOICE**

Page 2 of 3

| Inv # 7607668 | Acct # 4855 | Invoice Date: 7/31/2020 |

Advertiser: CSL Plasma Services (17938)
Agency: Pinnacle Advertising and Marketing Group-Boca Raton (9235)
Period: 7/1/2020 - 7/31/2020

### Beaumont (KBTV)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID / ISCI | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 10:59 pm (Su) | 00:30 | Street Magic Wknd 2 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 10:21 am (Mo) | 00:30 | RACHEL RAY | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 11:49 am (Mo) | 00:30 | Wendy Williams | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 02:45 pm (Mo) | 00:30 | Hot Bench 2 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 03:23 pm (Mo) | 00:30 | Caught in Providence | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 04:23 pm (Mo) | 00:30 | America Says | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 11:13 pm (Mo) | 00:30 | JEOPARDY 2 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 11:59 pm (Mo) | 00:30 | Family Feud 3 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 09:23 am (Tu) | 00:30 | Daytime with Kimberly and Esteban | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 10:50 am (Tu) | 00:30 | RACHEL | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 01:08 pm (Tu) | 00:30 | Divorce Court | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 03:17 pm (Tu) | 00:30 | Caught in Providence | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 04:21 pm (Tu) | 00:30 | America Says | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 10:27 pm (Tu) | 00:30 | The Daily Mail | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 10:56 pm (Tu) | 00:30 | Access | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 11:59 pm (Tu) | 00:30 | Family Feud 3 | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 09:24 am (We) | 00:30 | Daytime with Kimberly and Esteban | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 01:06 pm (We) | 00:30 | Divorce Court | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 02:25 pm (We) | 00:30 | Hot Bench | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 05:13 pm (We) | 00:30 | Jeopardy | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/10/20 07:37 pm (Fr) | 00:30 | Sports-FOX WWE SmackDown Live | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 06:58 pm (Sa) | 00:30 | Sports-FOX MLS Soccer | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 08:39 pm (Sa) | 00:30 | Sports-FOX MLS Soccer | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 09:50 pm (Sa) | 00:30 | Sports-FOX MLS Soccer | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 09:47 am (Su) | 00:30 | TEEN 13 UP EI-Wild America | CSL202293H | $25.00 | |
| | SPOT | 7:00:00AM-12:00:00 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 10:29 am (Su) | 00:30 | PAID PROGRAM 10A | CSL202293H | $25.00 | |
| 6.0 | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 04:58 am (We) | 00:30 | Right This Minute 2 | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 11:25 pm (We) | 00:30 | JEOPARDY 2 | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 03:48 am (Th) | 00:30 | The Daily Mail 2 | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 10:27 pm (Th) | 00:30 | The Daily Mail | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 03:16 am (Fr) | 00:30 | Judge Mablean | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 02:25 pm (Fr) | 00:30 | Hot Bench | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 01:09 am (Sa) | 00:30 | The Carbonaro Effect | CSL202293H | $0.00 | |

CONTINUED

*NOT A CERTIFIED COPY*

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

Sinclair Broadcast Group Inc
C/O KBTV
PO BOX 206270
DALLAS TX 75320-6270

**OFFICIAL BILLING INVOICE**

Page 3 of 3

Inv # 7607668   Acct # 4855   Invoice Date: 7/31/2020

Advertiser: CSL Plasma Services (17938)
Agency: Pinnacle Advertising and Marketing Group-Boca Raton (9235)
Period: 7/1/2020 - 7/31/2020

### Beaumont (KBTV)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID / ISCI | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 08:29 am (Sa) | 00:30 | TEEN 13 UP El-Xploration Outer Space | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 12:03 am (Su) | 00:30 | The Outdoorsman | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 11:29 am (Su) | 00:30 | PAID PROGRAM 11A | CSL202293H | $0.00 | |
| | SPOT | | | 07/06/20 (Mo) | | | 1 preempt @ $0.00 | $0.00 | Pre-empt |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 12:29 am (Mo) | 00:30 | Funny You Should Ask | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 01:53 am (Mo) | 00:30 | Wendy Williams 2 | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 12:24 am (Tu) | 00:30 | Funny You Should Ask | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 12:43 am (Tu) | 00:30 | COMICS UNLEASHED | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 01:56 am (Tu) | 00:30 | Wendy Williams | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 03:57 am (Tu) | 00:30 | Daily Mail 2 | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 12:59 am (We) | 00:30 | COMICS UNLEASHED | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/09/20 12:43 am (Th) | 00:30 | COMICS UNLEASHED | CSL202293H | $0.00 | |
| | SPOT | 7:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/10/20 am | 00:30 | COMICS UNLEASHED | CSL202293H | $0.00 | |

NOT A CERTIFIED COPY

Net 30-Payment is due within 30 days from invoice date. Station owned or provided services by the Sinclair Broadcast Group.

| | | |
|---|---|---|
| Gross Total | $1,250.00 | Total Spots |
| Commission | ($187.50) | 69 |
| Sales Tax | $0.00 | |
| **NET TOTAL** | **$1,062.50** | |
| Due By: 08/30/2020 | | |

The parties intend for the Standard Advertiser Terms and Conditions ("Terms") located at... http://sbgi.net/?p=1224 ... to be part of their agreement, and the sale of advertising is expressly subject to said Terms.

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

Sinclair Broadcast Group Inc
C/O NFDM
PO BOX 206270
DALLAS TX 75320-6270

Page 1 of 3

## OFFICIAL BILLING INVOICE

| Inv # 7607669 | Acct # 4655 | Invoice Date: 7/31/2020 |
|---|---|---|

Advertiser: CSL Plasma Services (17938)
Agency: Pinnacle Advertising and Marketing Group-Boca Raton (9235)
Period: 7/1/2020 - 7/31/2020
Salesperson: Brandon Perry, ph: (409) 892-6622
Product: MEDICAL-HEALTHCARE/HOSPITALS (1178)
Brand: CSL Plasma Q2 2020 (1377023)
Contract: 4352009                    Acct Type: Local/Spot Agency BRD
Terms: 30                            Bill Type: Calendar
Buyer: Stacey Elkes                  Coop: No
Estimate/HL:
Comments: NFDM

For Billing Inquires Call: ()

Send Payment To:
Sinclair Broadcast Group
c/o NFDM
PO Box 206270
Dallas TX 75320-6270

000246

PINNACLE ADVERTISING AND MARKETING GROUP-BOCA RATON
1515 S FEDERAL HWY
STE 406
BOCA RATON, FL 33432

**NOT A CERTIFIED COPY**

### Beaumont (NFDM)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID (ISCI) | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 3.0 | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 11:57 am (We) | 00:30 | CW-Maury 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 12:20 pm (We) | 00:30 | Access Hollywood | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 02:08 pm (We) | 00:30 | CW-Judge Jerry 3 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 03:20 pm (We) | 00:30 | CW-Jerry Springer | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 03:47 pm (We) | 00:30 | CW-Jerry Springer | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 04:37 pm (We) | 00:30 | CW-Jerry Springer 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 06:18 pm (We) | 00:30 | CW-Family Guy | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 09:57 pm (We) | 00:30 | CW-Seinfeld 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 10:27 pm (We) | 00:30 | CW-Blackish | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 11:17 pm (We) | 00:30 | CW-The Goldbergs | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 (We) | 00:30 | CW-The Goldbergs 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 11:34 am (Th) | 00:30 | CW-Maury 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 02:22 pm (Th) | 00:30 | CW-Judge Jerry 3 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 04:21 pm (Th) | 00:30 | CW-Jerry Springer 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 11:42 pm (Th) | 00:30 | CW-The Goldbergs 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 04:23 pm (Sa) | 00:30 | CW-Elementary 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 06:56 pm (Sa) | 00:30 | CW-American Ninja Warrior Wknd | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 08:44 pm (Sa) | 00:30 | Movie-CW Saturday Night Movie | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 09:27 pm (Sa) | 00:30 | CW-Seinfeld Wknd | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 10:28 pm (Sa) | 00:30 | CW-Family Guy WKND 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 02:12 pm (Su) | 00:30 | Movie-CW Afternoon Movie Sunday | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 06:43 pm (Su) | 00:30 | CW-American Ninja Warrior Wknd | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 09:50 pm (Su) | 00:30 | CW-The Listener | CSL202293H | $10.00 | |

CONTINUED

Page 1 of 3

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

Sinclair Broadcast Group Inc
C/O NFDM
PO BOX 206270
DALLAS TX 75320-6270

Page 2 of 3

**OFFICIAL BILLING INVOICE**

| Inv # 7607669 | Acct # 4855 | Invoice Date: 7/31/2020 |
|---|---|---|
| Advertiser: | CSL Plasma Services (17938) | |
| Agency: | Pinnacle Advertising and Marketing Group-Boca Raton (9235) | |
| Period: | 7/1/2020 - 7/31/2020 | |

## Beaumont (NFDM)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID / ISCI | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 10:11 pm (Su) | 00:30 | CW-The Listener | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 11:37 pm (Su) | 00:30 | CW-Syndie Sports Net | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 12:09 pm (Mo) | 00:30 | Access Hollywood | CSL202293H | $0.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 12:28 pm (Mo) | 00:30 | Access Hollywood | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 01:59 pm (Mo) | 00:30 | PAID PROGRAM 130P | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 02:54 pm (Mo) | 00:30 | CW-Judge Jerry 4 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 05:44 pm (Mo) | 00:30 | CW-Bobs Burgers 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 06:47 pm (Mo) | 00:30 | CW-Family Guy | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 10:26 pm (Mo) | 00:30 | CW-Blackish | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 10:49 pm (Mo) | 00:30 | CW-Blackish 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 11:57 am (Tu) | 00:30 | CW-Maury 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 12:12 pm (Tu) | 00:30 | Access Hollywood | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 02:57 pm (Tu) | 00:30 | CW-Judge Jerry 4 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 (Tu) | 00:30 | CW-Jerry Springer 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 pm (Tu) | 00:30 | CW-Bobs Burgers | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 06:27 pm (Tu) | 00:30 | CW-Family Guy | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 06:51 pm (Tu) | 00:30 | CW-Family Guy 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 09:59 pm (Tu) | 00:30 | CW-Seinfeld 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 02:26 pm (We) | 00:30 | CW-Judge Jerry 3 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 05:45 pm (We) | 00:30 | CW-Bobs Burgers 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 10:50 pm (We) | 00:30 | CW-Blackish 2 | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/09/20 12:24 pm (Th) | 00:30 | Access Hollywood | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/10/20 12:25 pm (Fr) | 00:30 | Access Hollywood | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 03:17 pm (Sa) | 00:30 | CW-Elementary | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 03:57 pm (Sa) | 00:30 | CW-Elementary | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 02:07 pm (Su) | 00:30 | Movie-CW Afternoon Movie Sunday | CSL202293H | $10.00 | |
| | SPOT | 11:00:00AM-12:00:0 | Per Week (25),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 05:52 pm (Su) | 00:30 | CW-Blackish WKND 2 | CSL202293H | $10.00 | |
| 6.0 | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/01/20 12:39 am (We) | 00:30 | CW-Who Wants To Be A Millionaire 2 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 01:24 am (Th) | 00:30 | CW-Syndie Sports Net | CSL202293H | $0.00 | |

CONTINUED

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.

Sinclair Broadcast Group Inc
C/O NFDM
PO BOX 206270
DALLAS TX 75320-6270

Page 3 of 3

## OFFICIAL BILLING INVOICE

| Inv # 7607669 | Acct # 4855 | Invoice Date: 7/31/2020 |
|---|---|---|
| Advertiser: | CSL Plasma Services (17938) | |
| Agency: | Pinnacle Advertising and Marketing Group-Boca Raton (9235) | |
| Period: | 7/1/2020 - 7/31/2020 | |

### Beaumont (NFDM)

| Line | Type | Scheduled Time | Scheduled Day to Run | Air Date/Time | Length | Program | AD-ID / ISCI | Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 06:38 am (Th) | 00:30 | CW-Judge Jerry 2 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/02/20 07:35 am (Th) | 00:30 | CW-Maury 3 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 08:21 am (Fr) | 00:30 | CW-The Steve Wilkos Show | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/03/20 10:24 am (Fr) | 00:30 | CW-Maury | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 12:16 am (Sa) | 00:30 | Movie-CW Late Saturday Movie | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/04/20 04:49 pm (Sa) | 00:30 | CW-Elementary 2 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 02:54 am (Su) | 00:30 | Access Wknd | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/05/20 10:29 am (Su) | 00:30 | PAID PROGRAM | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 01:06 am (Mo) | 00:30 | CW-Syn Sports | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 06:24 am (Mo) | 00:30 | CW-Judge Jerry | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/06/20 06:56 am (Mo) | 00:30 | CW-Judge Jerry | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 12:57 am (Tu) | 00:30 | CW-Who Wants To Be A Millionaire 2 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/07/20 06:08 am (Tu) | 00:30 | CW-Judge Jerry | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 06:47 am (We) | 00:30 | CW-Judge Jerry 2 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/08/20 (We) | 00:30 | CW-Maury 3 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/10/20 08:47 am (Fr) | 00:30 | CW-The Steve Wilkos Show | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/11/20 10:07 pm (Sa) | 00:30 | CW-Family Guy WKND 2 | CSL202293H | $0.00 | |
| | SPOT | 5:00:00AM-4:59:00A | Per Week (10),Mo,Tu,We,Th,Fr,Sa,Su | 07/12/20 02:18 am (Su) | 00:30 | Access Wknd | CSL202293H | $0.00 | |

**NOT A CERTIFIED COPY**

Net 30-Payment is due within 30 days from invoice date. Station owned or provided services by the Sinclair Broadcast Group.

| | |
|---|---|
| Gross Total | $500.00 |
| Commission | ($75.00) |
| Sales Tax | $0.00 |
| **NET TOTAL** | **$425.00** |
| Due By: 08/30/2020 | |

Total Spots: 70

The parties intend for the Standard Advertiser Terms and Conditions ("Terms") located at... http://sbol.net/?p=1224 ... to be part of their agreement, and the sale of advertising is expressly subject to said Terms.

Warranty-We warrant the above broadcasts were made according to the official station log. Please note that we do not notarize invoices since the purpose of placing a notary seal on a document is to guaranty the authenticity of an individual's signature and not to certify the accuracy of commercial aired.



| Advertiser Name | CSL PLASMA-PINNACLE |
| --- | --- |
| Agency Name | Pinnacle-NDIR |

| Market | Station | Affiliation | Contract # | Total Gross | Net |
| --- | --- | --- | --- | --- | --- |
| Abilene, TX | KTXS | ABC | 4353192 | $ 1,400.00 | $ 1,190.00 |
| | NTXS | CW | 4353312 | $ 250.00 | $ 212.50 |
| Baltimore, MD | EBFF | MyTV | 4353416 | $ 1,800.00 | $ 1,530.00 |
| | WNUV | CW | 4353512 | $ 1,800.00 | $ 1,530.00 |
| Birmingham, AL | WABM | MyTV | 4353561 | $ 1,050.00 | $ 892.50 |
| | WTTO | CW | 4353609 | $ 1,300.00 | $ 1,105.00 |
| Boise, ID | KBOI | CBS | 1393637 | $ 2,548.00 | $ 2,165.80 |
| | KYUU | CW | 1393658 | $ 400.00 | $ 340.00 |
| Charleston, SC | ECIV | ABC | 4353808 | $ 2,009.00 | $ 1,707.65 |
| | WCIV | MyTV | 4353831 | $ 400.00 | $ 340.00 |
| Chattanooga, TN | ETVC | FOX | 4353840 | $ 900.00 | $ 765.00 |
| | WFLI | CW | 4353850 | $ 600.00 | $ 510.00 |
| Cincinnati, OH | EKRC | CW | 4353860 | $ 1,200.00 | $ 1,020.00 |
| | WSTR | MyTV | 4353878 | $ 2,050.00 | $ 1,742.50 |
| Columbia, SC | WACH | FOX | 4353886 | $ 2,040.00 | $ 1,734.00 |
| Columbus, OH | ESYX | MyTV | 4353881 | $ 1,380.00 | $ 1,173.00 |
| | WWHO | CW | 4353886 | $ 1,200.00 | $ 1,020.00 |
| Dayton, OH | WKEF | ABC | 4353894 | $ 1,350.00 | $ 1,147.50 |
| | WRGT | | 4353901 | $ 1,400.00 | $ 1,190.00 |
| Greensboro, NC | WXLV | ABC | 4353909 | $ 1,872.00 | $ 1,591.20 |
| Las Vegas, NV | KVCW | CW | 4353919 | $ 1,950.00 | $ 1,657.50 |
| | NVCW | MyTV | 4353926 | $ 1,200.00 | $ 1,020.00 |
| Lexington, KY | WDKY | FOX | 4353929 | $ 3,120.00 | $ 2,652.00 |
| Macon, GA | EGXA | ABC | 4352612 | $ 1,000.00 | $ 850.00 |
| | WGXA | FOX | 4352618 | $ 1,500.00 | $ 1,275.00 |
| Medford, OR | KTVL | CBS | 4352628 | $ 1,296.00 | $ 1,101.60 |
| | KTVL | CW | 4352634 | $ 250.00 | $ 212.50 |
| Nashville, TN | | CW | 4352647 | $ 900.00 | $ 765.00 |
| | | FOX | 4352651 | $ 3,750.00 | $ 3,187.50 |
| Oklahoma City, OK | KOCB | CW | 4352654 | $ 1,000.00 | $ 850.00 |
| | KOKH | FOX | 4352657 | $ 1,974.00 | $ 1,677.90 |
| Pensacola, FL | WEAR | ABC | 4352642 | $ 5,782.00 | $ 4,914.70 |
| | WFGX | MyTV | 4352665 | $ 550.00 | $ 467.50 |
| Portland, OR | KATU | ABC | 1393889 | $ 6,120.00 | $ 5,202.00 |
| Raleigh, NC | WLFL | CW | 4352671 | $ 2,200.00 | $ 1,870.00 |
| | WRDC | MyTV | 4352678 | $ 1,400.00 | $ 1,190.00 |
| Salt Lake City, UT | KMYU | MyTV | 4352820 | $ 750.00 | $ 637.50 |
| San Antonio, TX | KABB | FOX | 4352861 | $ 4,606.00 | $ 3,915.10 |
| | KMYS | CW | 4352887 | $ 1,200.00 | $ 1,020.00 |
| | WOAI | NBC | 4352913 | $ 6,550.00 | $ 5,567.50 |
| St. Louis, MO | KDNL | ABC | 4352942 | $ 2,907.00 | $ 2,470.95 |

NOT A CERTIFIED COPY

| Market | Station | Network | ID | Gross | Net |
|---|---|---|---|---|---|
| Tallahassee, FL | ETWC | FOX | 1393680 | $ 918.00 | $ 780.30 |
| | WTLF | CW | 1393687 | $ 357.00 | $ 303.45 |
| | WTWC | NBC | 1393785 | $ 1,200.00 | $ 1,020.00 |
| Toledo, OH | WNWO | NBC | 1393826 | $ 1,300.00 | $ 1,105.00 |
| Tulsa, OK | KTUL | ABC | 4352970 | $ 3,400.00 | $ 2,890.00 |
| Wichita, KS | KAAS | FOX | 4352990 | $ - | $ - |
| | KMTW | MyTV | 4353014 | $ 400.00 | $ 340.00 |
| | KSAS | FOX | 4352990 | $ 1,100.00 | $ 935.00 |
| **Grand Total** | | | | **$ 85,629.00** | **$ 72,784.65** |

NOT A CERTIFIED COPY